UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JEREMIAH WALDROP *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:19-CV-00103-JRG-CRW |
| | ) | |
| CITY OF JOHNSON CITY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Within sixty days of this Order's date, *all* the parties **SHALL** utilize the Federal Mediation Program by attending a mediation conference. E.D. Tenn. L.R. 16.4(*l*). Within seven days of that conference, the mediator **SHALL** file a mediation report, and the parties **SHALL** ensure that he does so. E.D. Tenn. L.R. 16.4(m).

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
