IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: TELEPHONE HEARING**

Case No      CV-2-19-103        Date   06/16/20     Time              To

Style   Jeremiah Waldrop et al v. City of Johnson City, Tennessee et al

================================================================

The Honorable J. RONNIE GREER, U. S. District Judge, Presiding

Courtroom Deputy   Kathy Hopson        Court Reporter   Karen Bradley

Plaintiff's Attorney(s)              Defendant's Attorney(s)

David Markese                        Tom Garland
Frederick Nelson                     Erick Herrin
Kristin Mosher

**PROCEEDINGS:**

TELEPHONE HEARING HELD