UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| JEREMIAH WALDROP, ET AL., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | No. 2:19-cv-00103-JRG-CRW |
| ] | JURY DEMAND |
| CITY OF JOHNSON CITY, TENNESSEE; ] | |
| ET AL., ] | |
| ] | |
| Defendants. ] | |

**MOTION OF JOHNSON CITY, TENNESSEE FOR
PROTECTIVE ORDER REGARDING RULE 30(b)(6) DEPOSITION**

Comes the defendant, Johnson City, Tennessee ("Johnson City") and moves the Court for an Order prohibiting the asking of certain questions or limiting the scope of certain questions during the 30(b)(6) deposition of Brian Rice. This Motion is supported by a Memorandum Brief and the Declaration of K. Erickson Herrin. This Motion is also supported by the Rule 30(b)(6) Notice issued to Johnson City by the plaintiffs and the Rule 30(b)(6) deposition transcript of Captain Brian Rice taken on June 26, 2020, and adjourned during the deposition.

Prior to filing this Motion, undersigned counsel certify that they attempted in good faith to confer with plaintiffs' counsel regarding the disputes set forth in the supporting Memorandum Brief.

Respectfully submitted,

*s/K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
Herrin, McPeak & Associates
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Telephone: (423) 929-7113

Fax: (423) 929-7114
E-mail: lisa@hbm-lawfirm.com

*s/Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
Milligan & Coleman PLLP
P. O. Box 1060
Greeneville, TN 37744-1060
Telephone: (423) 639-6811
E-mail: tgarland@milligancoleman.com

Attorneys for Defendants, City of Johnson City, Lt. Peters and Sgt. Hodges