UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JEREMIAH WALDROP, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:19-cv-00103-JRG-CRW |
| ) | |
| JOHNSON CITY, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT the Plaintiffs, Jeremiah Waldrop and Phillip Self (hereinafter "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Memorandum and Order (Dkt. # 113), and Judgment (Dkt # 114) granting the Motion for Summary Judgment by Defendant and denying the Motion for Summary Judgment and Preliminary Injunction by Plaintiffs entered in this action on the 30th day of November 2020.

DATED: December 28, 2020

Respectfully submitted,

/s/Frederick H. Nelson
Frederick H. Nelson, Esq.
Florida Bar No.: 0990523
**American Liberties Institute**
P.O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: rick@ali-usa.org
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, a copy of the foregoing *Plaintiffs' Notice of Appeal* was electronically sent to:

K. Erickson Herrin, Esq.
HERRIN, McPEAK & ASSOCIATES
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Email: lisa@hbm-lawfirm.com

Thomas J. Garland, Jr., Esq.
MILLIGAN & COLEMAN PLLP
P.O. Box 1060
Greeneville, TN 37744-1060
Phone: (423) 639-6811
Email: tgarland@milligancoleman.com

Counsel to Defendants

/s/Frederick H. Nelson
Frederick H. Nelson, Esq.
Florida Bar No.: 0990523
**American Liberties Institute**
P.O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: rick@ali-usa.org
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiffs