UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JEREMIAH WALDROP *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:19-CV-00103-JRG-CRW |
| | ) | |
| CITY OF JOHNSON CITY, TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 118]. Judge Wyrick recommends the Court grant Attorney John T. Winemiller's Renewed Motion for Miscellaneous Relief [Doc. 116]. None of the parties has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having carefully reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, Mr. Winemiller's motion [Doc. 116] is **GRANTED**. Attorney Rick Nelson is **ORDERED**, within ten days of this Order's date, to distribute a check to Mr. Winemiller in the amount of $1,000.

So ordered.

ENTER:

                                        s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE