IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| JEREMIAH WALDROP, and<br>PHILLIP SELF,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF JOHNSON CITY, TENNESSEE,<br><br>    Defendant. | No. 2:19-cv-00103-JRG-CRW |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)(i), the parties hereby stipulate that PLAINTIFF JEREMIAH WALDROP is hereby withdrawn as a Plaintiff in this matter and all claims raised by Plaintiff Waldrop in the above-styled cause of action against the Defendant, City of Johnson City, are hereby dismissed with prejudice and each party shall bear their own costs, expenses, and attorney fees. The Defendant hereby withdraws its *Bill of Costs* filed on December 20, 2020 [Doc.115, PageID # : 1811] which is not subject to refiling.

    By:   *s/ Frederick H. Nelson*
               Frederick H. Nelson
               Florida Bar No.: 0990523
               Lead Trial Counsel for Plaintiffs
               AMERICAN LIBERTIES INSTITUTE
               P.O. Box 547503
               Orlando, FL 32854-7503
               Telephone: (407) 786-7007
               Facsimile: (877) 786-3573
               E-mail: rick@ali-usa.org
               Admitted *Pro Hac Vice*
               *Counsel for Plaintiffs*

*s/ David J. Markese*
David J. Markese
Florida Bar No.: 0105041
AMERICAN LIBERTIES INSTITUTE
P.O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: dmakese@ali-usa.org
Admitted *Pro Hac Vice*
Co-counsel for Plaintiffs

*s/ Kristin Fecteau Mosher*
Kristin Fecteau Mosher, BPR # 19772
The Law Office of Kristin Fecteau, PLLC
5543 Edmonson Pike, Suite 229
Nashville TN 37211
Telephone: (615) 496-5747
E-mail: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

*s/ K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
HERRIN, McPEAK & ASSOCIATES
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Email: lisa@hbm-lawfirm.com
*Counsel to Defendant*

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
MILLIGAN & COLEMAN PLLP
P.O. Box 1060
Greeneville, TN 37744-1060
Phone: (423) 639-6811
Email: tgarland@milligancoleman.com
*Counsel to Defendant*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

<u>/s/Frederick H. Nelson</u>
Frederick H. Nelson, Esq.
Florida Bar No.: 0990523
**American Liberties Institute**
P.O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: rick@ali-usa.org
(Admitted *Pro Hac Vice*)

Attorneys for Plaintiffs

3